# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**BRANDON WRIGHT,**

        **Plaintiff,**

  v.                                  Civil Action 2:16-cv-420
                                        Judge Michael H. Watson
                                        Magistrate Judge Jolson

**PREMIER COURIER, INC.,**

        **Defendant.**

## ORDER AND REPORT AND RECOMMENDATION

This matter is before the Court on Plaintiff's Unopposed Motion for Leave to File a Second Amended Complaint. (Doc. 41). Rule 15(a)(2) of the Federal Rules of Civil Procedure provides that, when a party must seek leave of court to amend a pleading, "[t]he court should freely give leave when justice so requires." For good cause shown, and in light of the federal policy in favor of liberal amendment, the unopposed Motion for Leave to File a Second Amended Complaint is **GRANTED**. (Doc. 41). The Clerk is **DIRECTED** to file Doc. 41-1 as the Second Amended Complaint. Based on the foregoing, it is **RECOMMENDED** that Defendants' Partial Motion for Judgment on the Pleadings be **DENIED** as **MOOT**.

    IT IS SO ORDERED.


Date: May 18, 2017                                            /s/ Kimberly A. Jolson
                                                             KIMBERLY A. JOLSON
                                                              UNITED STATES MAGISTRATE JUDGE