IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

BRANDON WRIGHT,

      Plaintiff,

  v.                                  Civil Action 2:16-cv-420
                                      Judge Michael H. Watson
                                      Magistrate Judge Jolson

PREMIER COURIER, INC.,

      Defendant.

## ORDER

This matter is before the Court on Plaintiff's Motion to File his Memorandum in Support of his Motion for Conditional and Class Certification under Seal. (Doc. 50). As the movant, Plaintiff has the heavy burden of overcoming a strong presumption in favor of openness as to court records. *Shane Grp., Inc. v. Blue Cross Blue Shield of Mich.*, 825 F.3d 299, No. 15-1544, 2016 WL 3163073, at *3 (6th Cir. June 7, 2016). In addition to establishing a compelling reason to justify non-disclosure of the information, Plaintiff must demonstrate that the seal is "narrowly tailored to serve that reason." *Id.* Here, Plaintiff states only that the Memorandum in Support describes information that was revealed in documents designed as confidential pursuant to the protective order; thus, Plaintiff has not satisfied that standard. (*See* Doc. 50 at 1). Consequently, Plaintiff's Motion to File his Memorandum in Support of his Motion for Conditional and Class Certification under Seal is **DENIED** without prejudice.

      IT IS SO ORDERED.

Date: July 11, 2017                                      /s/ Kimberly A. Jolson
                                                            KIMBERLY A. JOLSON
                                                            UNITED STATES MAGISTRATE JUDGE